No. 95–847. GAMBINO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–965. STERN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–1036. MENKEN ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–1040. ALABAMA *v.* SEELEY. Ct. Crim. App. Ala. Certiorari denied.

No. 95–1075. CHAVEZ *v.* UNIVERSITY OF HOUSTON ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–1084. ALASKA *v.* BABBITT, SECRETARY OF THE INTERIOR, ET AL.; and
No. 95–1496. ALASKA FEDERATION OF NATIVES *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 72 F. 3d 698.

No. 95–1103. WAPNICK ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–1109. MURDOCK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–1121. CALVO *v.* UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT. C. A. 11th Cir. Certiorari denied.

No. 95–1162. SUMPTER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–1233. COST CONTROL MARKETING & SALES MANAGEMENT OF VIRGINIA, INC., ET AL. *v.* CISNEROS, SECRETARY OF HOUSING AND URBAN DEVELOPMENT. C. A. 4th Cir. Certiorari denied.

No. 95–1240. CAMPBELL *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.